FILED
SEP 02 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26CR00395 |
| JASON A. CARDILLO | ) | Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(5)(B) |
| Defendant. | ) | JUDGE ADAMS |

COUNT 1
(Receipt of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about April 19, 2024 to on or about October 30, 2024 in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JASON A.CARDILLO did knowingly receive, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

<u>COUNT 2</u>
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2. On or about October 31, 2024, in the Northern District of Ohio, Eastern Division, Defendant JASON A. CARDILLO did knowingly possess a "Cougar homebuilt desktop computer, a Samsung S9+ cell phone, a Samsung Galaxy S20 cell phone, and a Seagate external hard drive that contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.